AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SAJ GROUP, LLC

CASE NUMBER: 19-cv-02606

V.

ASSIGNED JUDGE: Hon. Robert W. Gettleman

OETTINGER DAVIDOFF AG, et. al.

DESIGNATED MAGISTRATE JUDGE: Hon. M. David Weisman

TO: (Name and address of Defendant)

Biggs Mansion, LLC
908 N. Halsted
Chicago, IL 60622

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew Topic
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



April 22, 2019

(B) DATE

Civil Action No. 19 CV 02606

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  BIGGS MANSION, LLC

was received by me on *(date)*  05/23/2019  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because  DEFENDANT MOVED TO A NEW LOCATION  ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  05/25/2019

*Server's signature*

LARRY BIELA / SPECIAL PROCESS SERVER
*Printed name and title*

P O BOX 46335
CHICAGO, IL 60646
ILLINOIS LICENSE 115-001755

*Server's address*

Additional information regarding attempted service, etc:

** SERVICE ADDRESS 908 N HALSTED, CHICAGO, IL. 60622 **

5/24/2019 10:00 AM, I SPOKE TO SANDY A 30/F/W/5'6/MED/BLOND WHO RELATED THAT THE DEFENDANT BUSINESS IS NO LONGER AT THIS LOCATION, THEY ARE LOCATED 1150 N DEARBORN CHICAGO, IL. 60610, SERVICE WILL BE ATTEMPTED AT THIS ADDRESS.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19 CV 02606

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BIGGS MANSION, LLC
was received by me on *(date)* 05/23/2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ULYSES ACEVEDO   GENERAL MANAGER, who is designated by law to accept service of process on behalf of *(name of organization)* BIGGS MANSION, LLC 1150 N DEARBORN ST, CHICAGO, IL. 60610 on *(date)* 05/24/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/25/2019

*Server's signature*

LARRY BIELA / SPECIAL PROCESS SERVER
*Printed name and title*

P O BOX 46335
CHICAGO, IL 60646
ILLINOIS LICENSE 115-001755

*Server's address*

Additional information regarding attempted service, etc: