AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SAJ GROUP, LLC

CASE NUMBER: 19-cv-02606

V.

ASSIGNED JUDGE: Hon. Robert W. Gettleman

OETTINGER DAVIDOFF AG, et. al.

DESIGNATED MAGISTRATE JUDGE: Hon. M. David Weisman

TO: (Name and address of Defendant)

Gerald Bernard Gallery, Inc.
Burkelaw Agents Inc.
330 N. Wabash Ave., 21st Floor
Chicago, IL 60611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew Topic
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



April 22, 2019

(B                                                                                                                    DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19 CV 02606

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    GERALD BERNARD GALLERY, INC
was received by me on *(date)*    05/23/2019 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    CHRISTINE MCGAHAN    PARALEGAL   , who is
designated by law to accept service of process on behalf of *(name of organization)*    BURKLAW AGENTS, INC
330 N WABASH AVE., 21ST FLOOR, CHICAGO, IL. 60611 on *(date)*    05/24/2019    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/25/2019

*Server's signature*

LARRY BIELA / SPECIAL PROCESS SERVER
*Printed name and title*

P O BOX 46335
CHICAGO, IL 60646
ILLINOIS LICENSE 115-001755

*Server's address*

Additional information regarding attempted service, etc: