# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: SAJ Group, LLC v. OETTINGER DAVIDOFF AG, et al.

Case Number: 1:19-cv-02606

An appearance is hereby filed by the undersigned as attorney for:
BIGGS MANSION, LLC

Attorney name (type or print): Allen R. Perl

Firm: Perl & Goodsnyder, Ltd.

Street address: 14 N. Peoria Street, Suite 2C

City/State/Zip: Chicago, Illinois 60607

Bar ID Number: 6191920
(See item 3 in instructions)

Telephone Number: 312-243-4500

Email Address: aperl@perlandgoodsnyder.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
- [ ] Retained Counsel
- [ ] Appointed Counsel
  If appointed counsel, are you
  - [ ] Federal Defender
  - [ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 13, 2019

Attorney signature: S/ Allen R. Perl

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015