# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

SAJ Group, LLC

                              Plaintiff,

v.                                             Case No.: 1:19–cv–02606

                                                       Honorable Robert W. Gettleman

Oettinger Davidoff AG, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 14, 2019:

        MINUTE entry before the Honorable Robert W. Gettleman: Defendant Biggs Mansion LLC's unopposed motion to extend time to answer or otherwise respond to the complaint [14] is granted. Biggs Mansion's responsive pleading due 6/14/2019. Motion presentment hearing set for 7/29/2019 is stricken. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.