# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAJ GROUP, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:19-cv-02606 |
| v. | ) |
| | ) |
| OETTINGER DAVIDOFF AG; | ) |
| GERALD BERNARD GALLERY, | ) |
| INC.; BIGGS MANSION, LLC; | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF AGREED MOTION

TO: See Attached Certificate of Service

    **PLEASE TAKE NOTICE** that on July 16, 2019, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois and shall then and there present the forgoing **Second Agreed Motion to Extend Time for Defendant Gerald Bernard Gallery, Inc. to Respond to the Complaint**, a copy of which is hereby served upon you.

                                                             Respectfully submitted,

                                                              GERALD BERNARD GALLERY, INC.
                                                              Defendant

| | |
|---|---|
| Joseph P. Roddy | By: Eric P. VanderPloeg |
| jroddy@burkelaw.com |     One of its attorneys |
| ARDC # 6204031 | |
| Eric P. VanderPloeg | |
| evanderploeg@burkelaw.com | |
| ARDC # 6310377 | |
| Burke, Warren, MacKay & Serritella, P.C. | |
| 330 N. Wabash Ave., 21st Floor | |
| Chicago, Illinois 60611 | |
| (312) 840-7000 | |

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify under oath that I caused the forgoing notice of motion to be filed with the Court's electronic CM/ECF filing system, and thereby caused the same to be served electronically on all counsel of record reflected below on this day July 9, 2019.

| | |
|---|---|
| Jonathan Loevy | Allen R Perl |
| Matthew Topic | Vlad V. Chirica |
| LOEVY & LOEVY | Perl & Goodsnyder, Ltd. |
| 311 N. Aberdeen, Third Floor | 14 North Peoria Street, Suite 2-C |
| Chicago, Illinois 60607 | Chicago, IL 60607-2644 |
| (312) 243-5900 | (312) 243-4500 |
| matt@loevy.com | aperl@perlandgoodsnyder.com |
| jon@loevy.com | vchirica@perlandgoodsnyder.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Biggs Mansion, LLC* |

/s/ Eric P. VanderPloeg