UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

SAJ Group, LLC
                                        Plaintiff,

v.                                                    Case No.: 1:19–cv–02606
                                                    Honorable Robert W. Gettleman

Oettinger Davidoff AG, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 12, 2019:

       MINUTE entry before the Honorable Robert W. Gettleman: Second agreed motion to extend time for Defendant Gerald Bernard Gallery, Inc. to respond to the complaint [17] is granted. Defendant's responsive pleading due 8/15/19. The parties are to file a joint status report on this court's form and deliver a courtesy copy to chambers by 8/22/2019. Motion presentment hearing set for 7/16/2019 is stricken. This matter is set for a hearing to report on status on 8/28/2019 at 9:10 a.m. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.