IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SAJ GROUP, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:19-cv-02606 |
| v. | ) | |
| | ) | |
| OETTINGER DAVIDOFF AG, | ) | |
| GERALD BERNARD GALLERY, INC., | ) | |
| BIGGS MANSION, LLC, | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, NOW COMES Matthew Topic of Loevy & Loevy, and respectfully requests that this Court grant Mr. Topic leave to withdraw his appearance as one of the attorneys of record for Plaintiff, SAJ GROUP, LLC, in this matter. In support of this motion, Mr. Topic states as follows:

1. Since April 17, 2019, Mr. Topic has been one of the attorneys of record for Plaintiff, SAJ GROUP, LLC.

2. The other attorney of record for Plaintiff, SAJ GROUP, LLC, Jonathan Loevy of Loevy & Loevy, is concurrently filing a Motion to Withdraw as Counsel with this motion.

3. Plaintiff, SAJ GROUP, LLC consents to this motion.

4. No prejudice will ensue to Plaintiff or any other party if Mr. Topic is permitted to withdraw his appearance.

5. A Notification of Party Contact Information is being filed as an attachment to this motion.

WHEREFORE, Mr. Topic respectfully requests that the Court grant him leave to withdraw as one of the attorneys of record in this action.

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff

Jonathan Loevy
Matthew Topic
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
matt@loevy.com

## CERTIFICATE OF SERVICE

I, Matthew Topic, an attorney, hereby certify that on September 5, 2019, I caused the foregoing Motion to Withdraw as Counsel to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Matthew V. Topic*