# IN THE UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAJ GROUP, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:19-cv-02606 |
| v. | ) |
| | ) |
| OETTINGER DAVIDOFF AG, | ) |
| GERALD BERNARD GALLERY, INC., | ) |
| BIGGS MANSION, LLC, | ) JURY DEMANDED |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), no defendant having filed an answer or motion for summary judgment, Plaintiff hereby dismisses all claims in the suit without prejudice.

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff

Jonathan Loevy
Matthew Topic
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
matt@loevy.com

## **CERTIFICATE OF SERVICE**

I, Matthew Topic, an attorney, hereby certify that on September 11, 2019, I caused the foregoing Notice of Voluntary Dismissal Without Prejudice to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Matthew V. Topic*